

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 6 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ano___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>SPENCER SHOLEBO,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-cr-00017-JVS<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

    Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _March 28,_____, _2025_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _JOHN D. EARLY_____, in Courtroom _6A_____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
               *(Other custodial officer)*

Dated: __March 26, 2025_____

                                     U.S. ~~District Judge~~/Magistrate Judge
                                     JOHN D. EARLY